# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2008

135722 & (3)(4)(8)(9)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ENBRIDGE ENERGY, LIMITED PARTNERSHIP,
      Plaintiff,

v

MICHIGAN TAX TRIBUNAL,
      Defendant.

SC: 135722
MTT: 0301679

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and it is DISMISSED. Const 1963, art 6, § 4 grants this Court general superintending control over "courts," not over administrative agencies of the executive branch of government. The motion for stay is DENIED. The motions for miscellaneous relief are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2008

t0528

*Corbin R. Davis*
Clerk